UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AHMED FADIEL, Ph.D. ) | |
| ) | |
| v. ) | Civil Action No. 3:12-0863 |
| ) | Judge Nixon/Knowles |
| MEHARRY MEDICAL COLLEGE ) | |

### O R D E R

Pending before the Court is the Parties' Joint Motion for Status Conference. Docket No. 11. The parties are directed to confer on a proposed case management order, including a target trial date, to be submitted on or before July 18, 2013. If the parties cannot agree on deadlines, counsel shall promptly contact the Court to set a Case Management Conference.

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge