UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

AHMED FADIEL, Ph.D.              )
                                )
v.                              )   Civil Action No. 3:12-0863
                                )   Judge Nixon/Knowles
MEHARRY MEDICAL COLLEGE          )

<u>O R D E R</u>

Pending before the Court is the Parties' Joint Motion for Status Conference.  Docket No. 11.  The parties are directed to confer on a proposed case management order, including a target trial date, to be submitted on or before July 18, 2013.  If the parties cannot agree on deadlines, counsel shall promptly contact the Court to set a Case Management Conference.

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge